| | |
|---|---|
| 1 | DYLAN RUGA (SBN 235969) |
| 2 | JI-IN LEE HOUCK (SBN 280088) |
|   | STALWART LAW GROUP |
| 3 | 11620 Wilshire Blvd., 9th Floor |
| 4 | Los Angeles, California 90025 |
|   | Telephone:  (310) 954-2000 |
| 5 | Email:     dylan@stalwartlaw.com |
| 6 | Email:     jiin@stalwartlaw.com |
| 7 | STEVEN D. MANNING (SBN 091149) |
| 8 | MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP |
|   | 801 S. Figueroa St., 15th Floor |
| 9 | Los Angeles, California 90017 |
| 10 | Telephone:  (213) 624-6900 |
| 11 | Email:  SDM@manningllp.com |
| 12 | |
| 13 | Attorneys for Defendant |
|    | JOE MARCHESE |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 16 | EFFICIENT FRONTIERS, INC., a Wisconsin corporation, | Case No. 2:16-cv-6920 DDP (AGRx) |
| 17 | | |
| 18 | Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT AND FOR SANCTIONS AGAINST PLAINTIFF'S COUNSEL PURSUANT TO 28 USC 1927** |
| 19 | vs. | |
| 20 | JOSEPH MARCHESE, an individual; and DOES 1-50, | |
| 21 | | |
| 22 | Defendants. | |
| 23 | | Hearing Information |
|    | | Judge: Hon. Dean D. Pregerson |
| 24 | | Date:   November 28, 2016 |
|    | | Time:   10:00 a.m. |
| 25 | | Courtroom: 3 |
| 26 | | Action Filed: September 14, 2016 |
| 27 | | Discovery Cut-off: None set |
|    | | Pre-Trial Conf.: None set |
| 28 | | Trial Date: None set |

Defendant Joseph Marchese respectfully requests that this Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following documents in connection with his notice of motion and motion to dismiss the complaint:

1. The Court's Scheduling Order in the action captioned *Reserve Media, Inc. v. Efficient Frontiers, Inc.*, Central District of California Case No. 15-5072 DDP (AGRx) (the "Earlier Lawsuit"), a true and correct copy of which is attached hereto as **Exhibit 1** to this request.

2. The "Joint Agenda for Telephonic Discovery Conference," submitted in the Earlier Lawsuit, a true and correct copy of which is attached hereto as **Exhibit 2** to this request.

3. The Court Order "Re Telephonic Discovery Conference" in the Earlier Lawsuit, a true and correct copy of which is attached hereto as **Exhibit 3** to this request.

///
///
///

The Court may take judicial notice of each of these documents, which were filed in the Earlier Lawsuit, to determine whether this action is barred by the claim-splitting doctrine. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (explaining that the court may take judicial notice of "pleadings, memoranda, expert reports, etc." from an earlier-filed case to see if a later-filed case is barred by claim preclusion); *Catz v. Chalker*, 2006 WL 2547304, at *2 (D. Ariz., Aug. 31, 2006) (explaining there is "ample Ninth Circuit authority" showing that a court may take judicial notice of pleadings and orders in related litigation for purposes of ruling on preclusion issues) (collecting cases).

*Respectfully submitted*,

Dated: October 31, 2016            STALWART LAW GROUP

By: /s/ Dylan Ruga
       DYLAN RUGA
Attorneys for Defendant
JOE MARCHESE